UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALTON HOLLINGSWORTH,<br><br>Defendant. | NO. CR11-183-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on August 16, 2012. The United States was represented by Assistant United States Attorney Aravind Swaminathan, and the defendant by Craig Platt.

The defendant had been charged and convicted of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2. On or about December 16, 2011, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 2 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, $2,892.72 restitution, search of person and property, maintain single checking account, surrender/make available any and all business documents, disclose all

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

assets and liabilities, prohibited from incurring new credit charges, and reside in an RRC for 60 days.

In a Petition for Warrant or Summons, dated June 27, 2012, U.S. Probation Officer Carol A. Chavez asserted the following violations by defendant of the conditions of his supervised release:

1. Using marijuana on or about May 9, 2012, in violation of mandatory condition and standard condition number seven prohibiting him to use any controlled substance(s).

2. Failing to report for drug testing, as directed on May 17, 31, and June 4, 15, and 21, 2012, in violation of the special condition ordering him to participate in drug testing as directed by the probation officer.

3. Failure to follow the instructions of the probation officer given May 9, 2012, in violation of standard condition number three.

4. Failure to notify his probation officer within 72 hours of any law enforcement contact on or about May 22, 2012, in violation of standard condition number eleven.

On August 9, 2012, defendant made his initial appearance. The defendant was advised the allegations and advised of his rights. On August 16, 2012, this matter came before the Court for an evidentiary hearing. Defendant admitted to violations 1, 2, 3 and 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik on September 5, 2012 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 16th day of August, 2012.

J. KELLEY ARNOLD
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Aravind Swaminathan
Defendant's attorney: Craig Platt
Probation officer: Carol Chavez

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3